| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> WESTERN DISTRICT OF KENTUCKY | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ■ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13     ☐ Check if this an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **John** <br> First name <br><br> **Paul** <br> Middle name <br><br> **Cates** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-2438** | |

| Debtor 1 | **John Paul Cates** | Case number *(if known)* | |

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and *doing business as* names | ■ I have not used any business name or EINs. <br><br> _____ <br> Business name(s) <br><br> _____ <br> EINs | ☐ I have not used any business name or EINs. <br><br> _____ <br> Business name(s) <br><br> _____ <br> EINs |
| **5.** | **Where you live** | **107 Timber Ridge Court** <br> **Alvaton, KY 42122** <br> Number, Street, City, State & ZIP Code <br><br> **Warren** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number, Street, City, State & ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 __John Paul Cates__   Case number *(if known)* _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **John Paul Cates**                                                                                      Case number *(if known)*

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

_____

Number, Street, City, State & ZIP Code

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

Number, Street, City, State & Zip Code

Debtor 1  **John Paul Cates**    Case number *(if known)*

### Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **John Paul Cates**                                         Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.
☒ Yes. I am filing under Chapter 7.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ John Paul Cates
**John Paul Cates**
Signature of Debtor 1

Signature of Debtor 2

Executed on    **October 16, 2018**
                MM / DD / YYYY

Executed on    _____
                MM / DD / YYYY

Debtor 1 **John Paul Cates**  Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Mark H. Flener**
Signature of Attorney for Debtor

Date **October 16, 2018**
MM / DD / YYYY

**Mark H. Flener**
Printed name

**Mark H. Flener**
Firm name

**1143 Fairway Street, Suite 101**
**P.O. Box 8**
**Bowling Green, KY 42102-0008**
Number, Street, City, State & ZIP Code

Contact phone **270-783-8400**   Email address **mflener@bellsouth.net**

**22525 KY**
Bar number & State

```
Allian Coll
P O Box 49
Tupelo, MS 38802

Ally Auto


Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

Auburn Bk
P.o. Box 96
Auburn, KY 42206

Auburn Bk
P.o. Box 96
Auburn, KY 42206

Auburn Bk
P.o. Box 96
Auburn, KY 42206

Caine & Weiner Co
Po Box 55848
Sherman Oaks, CA 91413

Cap1/bose
90 Christiana Rd
New Castle, DE 19720

Carmax Auto Finance
2040 Thalbro St
Richmond, VA 23230

Citifinancial
Po Box 6757
Sioux Falls, SD 57117

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

Ctzns Fst Bk
1805 Campbell Ln
Bowling Green, KY 42104

Ditech Financial Llc
332 Minnesota St Ste 610
Saint Paul, MN 55101

Edmonton State Bank
911 W Main St
Glasgow, KY 42141
```

```
Edmonton State Bank
911 W Main St
Glasgow, KY 42141

Eric G. Osborne
150 3rd Avenue South, Suite 1100
Nashville, TN 37201

ESB
PO Box 57
Edmonton, KY 42129

Esb/harley Davidson Cr
Po Box 21829
Carson City, NV 89721

Farmers Bank
1595 Veterans Memorial Hwy
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164
```

```
Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

Farmers National Bank
1595 Veterans Memorial H
Scottsville, KY 42164

First State Bank Inc
110 North First St
Central City, KY 42330

First State Bank Inc
110 North First St
Central City, KY 42330

First State Bank Inc
110 North First St
Central City, KY 42330

FMB Construction
3016 Moorefield Bridge Road
Danville, VA 24541

Franklin Yudkin, Attorney
600 West Main
Louisville, KY 40202

Frd Motor Cr
Po Box Box 542000
Omaha, NE 68154
```

```
Harley Davidson Motor Credit
PO Box 21970
Carson City, NV 89721

Hccredit/feb
203 E Emma Ave Ste A
Springdale, AR 72764

Hillcrest Credit Agn
1953 Scottsville Rd Ste
Bowling Green, KY 42104

Hillcrest Credit Agn
1953 Scottsville Rd Ste
Bowling Green, KY 42104

Hillcrest Credit Agn
1953 Scottsville Rd Ste
Bowling Green, KY 42104

Hillcrest Credit Agn
1953 Scottsville Rd Ste
Bowling Green, KY 42104

Hillcrest Credit Agn
1953 Scottsville Rd Ste
Bowling Green, KY 42104

Hillcrest Credit Agn
1953 Scottsville Rd Ste
Bowling Green, KY 42104

Hillcrest Credit Agn
1953 Scottsville Rd Ste
Bowling Green, KY 42104

HR Solutions


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Iron Workers Tennessee Valley and Vicini
co Branstetter, Stranch & Jennings, PLC
223 Rosa L. Parks Avenue, Ste. 2001
Nashville, TN 37203

Kay Jewelers
375 Ghent Rd
Fairlawn, OH 44333
```

Kentucky Revenue Cabinet
Commonwealth of Kentucky
Revenue Cabinet
Frankfort, KY 40620

Kentucky State Treasurer
P.O. Box 821
Frankfort, KY 40620-0010

Kerrick Bachert PSC
1025 State Street
P.O. Box 9547
Bowling Green, KY 42102-9547

Lendmark Financial Ser
2118 Usher St Nw
Covington, GA 30014

Lendmark Financial Ser
2118 Usher St Nw
Covington, GA 30014

Lewisburg Bk
Pob 278
Lewisburg, KY 42256

LLoyd and McDaniel, PLC
Attorneys for Creditor
P.O. Box 23200
Louisville, KY 40223-0200

OLG Services, LLC
co Sherrard Roe Voigt Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201

Orchard Street Funding, LLC
co The Law office of Mark H. Friedman

Premiere Credit Of N A
2002 Wesley
Indianapolis, IN 46219

Rodney Good
co R. Jan Jennings
223 Rosa L. Parks Avenue, Ste 200
Nashville, TN 37203

Santander Auto
PO Box 961245
Fort Worth, TX 76161

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161

Springleaf Financial S
2800 Scottsville Rd Ste
Bowling Green, KY 42104

Springleaf Financial S
2800 Scottsville Rd Ste
Bowling Green, KY 42104

Syncb/lenscrafters
C/o Po Box 965036
Orlando, FL 32896

T.W. Frierson Contractor, Inc.
c/o Law Office of Brad Scarbrough, PLC
5214 Maryland Way,Suite 207
Brentwood, TN 37027

Timothy Nichols, Attorney
16141 19th Ave, South
Nashville, TN 37212

Todd E. Panther
150 3rd Avenue South, Suite 1110
Nashville, TN 37201

United Rentals Inc.
6125 Lakeview Road, Suite 300
Charlotte, NC 28269

United States of America   US Attorney
Bank of Louisville Bldg., 10th Floor
510 W Broadway Street
Louisville, KY 40202

Us Bank
4325 17th Ave S
Fargo, ND 58125

Us Bank
4325 17th Ave S
Fargo, ND 58125

Us Bank
4325 17th Ave S
Fargo, ND 58125

Us Dept Of Ed/glelsi
Po Box 7860
Madison, WI 53707

Walker Supply

```
Wells Fargo Dealer Svc
Po Box 1697
Winterville, NC 28590

Wells Fargo Dealer Svc
Po Box 1697
Winterville, NC 28590
```